Tamela L. Kahle
Nevada Bar No. 0558
**KAHLE & ASSOCIATES**
7660 West Sahara Avenue, Ste.110
Las Vegas, Nevada 89117
Telephone (702) 453-2200
Facsimile (702) 453-2201
Email tkahle@kahlelawnv.com

Attorneys for Defendant
WFM Southern Nevada, Inc.

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| YOKO LAWING, | CASE NO.: 2:13-cv-01873-APG-PAL |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| WFM SOUTHERN NEVADA, INC., a Delaware Corporation dba WHOLE FOODS MARKET; DOES I-X and ROE CORPORATIONS, I-X, inclusive, | |
| Defendants. | |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

their respective counsel of record, that the above-captioned action be dismissed with prejudice, each

party to bear its own costs.

Dated this 22nd day of July, 2014.                Dated this 29th day of July, 2014.

STOVALL & ASSOCIATES                              KAHLE & ASSOCIATES

_____                           _____
Jared B. Anderson, Esq.                           Tamela L. Kahle, Esq.
Nevada Bar No. 9747                               Nevada Bar No. 0558
2301 Palomino Lane                                7660 W. Sahara Ave., Ste. 110
Las Vegas, Nevada 89107                           Las Vegas, Nevada 89117
Attorney for Plaintiff                            Attorney for Defendant
Yoko Lawing                                       WFM Southern Nevada, Inc.


                                                  IT IS SO ORDERED:


                                                  _____
                                                  UNITED STATES DISTRICT JUDGE

                                                  DATED: July 29, 2014
                                                         _____

Submitted by:

KAHLE & ASSOCIATES


By: _____
    Tamela L. Kahle
    Nevada Bar No. 0558
    7660 W. Sahara Ave., Ste. 110
    Las Vegas, Nevada 89117
    Attorneys for Defendant
    WFM Southern Nevada, Inc.